

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-20-00426-CV

**IN RE THE ESTATE OF DONACIANO ALDRETE, JR**.

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-18-70
Honorable Baldemar Garza, Judge Presiding

## O R D E R

We grant appellant's motion for extension of time to file a brief. We order appellant's brief due March 31, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

